# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VERNON L. BROWN, | |
| Plaintiff, | Civil Action No. 16-1824 |
| v. | Judge Cathy Bissoon |
| MATRIX PROPERTY MANAGEMENT COMPANY, | Chief Magistrate Judge Maureen P. Kelly |
| Defendant. | |

## **MEMORANDUM ORDER**

This case has been referred to United States Chief Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636 and Local Rule of Civil Procedure 72.

On May 10, 2018, Chief Magistrate Judge Kelly issued a Report (Doc. 67) recommending that Defendant's Motion to Dismiss (Doc. 64) be denied. The Report was served on the parties, and no objections have been filed.[1]

After a *de novo* review of the pleadings and documents in this case and the Chief Magistrate Judge's Report, the Court agrees with the recommendation. Accordingly, the following Order is entered:

Defendant's Motion to Dismiss (Doc. 64) is DENIED. The Chief Magistrate Judge's Report and Recommendation is hereby adopted as the Opinion of the District Court.

---

[1] For registered ECF users, the deadline for filing objections was May 24, 2018; for unregistered ECF users, the deadline for filing objections was May 29, 2018. (See Doc. 67.)

IT IS SO ORDERED.

June 27, 2018                                   s/Cathy Bissoon
                                                Cathy Bissoon
                                                United States District Judge

cc (via First-Class U.S. mail):

**VERNON L. BROWN**
P.O. Box 6814
Pittsburgh, PA 15212